GOULD, Circuit Judge,
Dissenting:
I respectfully dissent, believing that the record does not compel the conclusion that Kariuki was credible, and instead a rational fact-finder could have found she was not. See INS v. Elias-Zacarias, 502 U.S. 478, 482, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992). Kariuki admitted that she had submitted a false asylum application, she never submitted a corrected one, and, for these and other reasons in the record, the IJ permissibly could determine her not to be credible. Despite facts that if credited would render Kariuki a sympathetic claimant, and one that the majority would like to present with a second chance for litigation forestalling removal, it is not our role to supplant the responsible agency’s decision on credibility when, as here, it is supported by substantial evidence.